Mod AO 442 (09/13) Arrest Warrant AUSA Name & Telno: Adam Margulies (212-637-2345; 917-903-0756)

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.
JARED SOLOMON

Defendant

Case No. 24 Cr.

24 CRIM 665

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JARED SOLOMON, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1343 and 2 (Wire Fraud);
18 U.S.C. §§ 1028A(a)(1), (b), and 2 (Aggravated Identity Theft)

Date: 12/03/2024

Daniel Ortiz [signature]
*Issuing officer's signature*

City and state: New York, New York

Daniel Ortiz
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/3/24, and the person was arrested on *(date)* 12/4/24 at *(city and state)* New York, NY.

Date: 12/6/24

[signature]
*Arresting officer's signature*

Joseph Bizzarro [signature]
*Printed name and title*