```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x
    UNITED STATES OF AMERICA,
 3
              v.                              24 CR 665 (LAP)
 4
    JARED SOLOMON,
 5
                                              Conference
 6              Defendant.
    ------------------------------x
 7
                                              New York, N.Y.
 8                                            March 10, 2025
                                              10:10 a.m.
 9
10  Before:
11                    HON. LORETTA A. PRESKA,
12                                            District Judge
13                         APPEARANCES
14  MATTHEW PODOLSKY
         United States Attorney for the
15       Southern District of New York
    BY:  ADAM MARGULIES
16       Assistant United States Attorney
17  PETER TOUMBEKIS
         Attorney for Defendant
18
19
20
21
22
23
24
25
```

1                    (In open court; case called)
2             THE COURT:  Good morning, counsel.
3             Is the government ready?
4             MR. MARGULIES:  Yes.  Good morning.
5             Adam Margulies for the government
6             THE COURT:  Yes, sir.
7             Is the defense ready?
8             MR. TOUMBEKIS:  Good day, your Honor.  And good
9    morning to you.  Yes.
10            THE COURT:  All right.
11            Counsel, where are we on discovery?
12            MR. MARGULIES:  Thank you, your Honor.
13            We last appeared before your Honor on December 4 for
14   the initial appearance.  And after that date, the government
15   produced all of the discovery that was in its possession on
16   December 20.
17            The government acquired additional materials, a small
18   set of additional materials, that it produced recently on
19   March 4, and at this time the government has produced all of
20   the Rule 16 discovery that is in its possession.
21            THE COURT:  Okay.  Counsel, do we foresee any motions?
22            MR. TOUMBEKIS:  Judge, I'm still going through the
23   material.  I did receive -- I acknowledge and concur with
24   everything Mr. Margulies has said.  He has been very responsive
25   to me.  We have been communicating.  I do have to go through

1  the last smattering of discovery that came in last week, and
2  hopefully we'll find a disposition before we have to do
3  motions.
4             THE COURT:  All right.  I understand you folks would
5  like to return April 21 at 10:30, is that right?
6             MR. TOUMBEKIS:  Yes, your Honor.
7             MR. MARGULIES:  That's correct, your Honor.
8             THE COURT:  Okay.  Then I will look for a report from
9  you people then.  If in the meantime, counsel, you determine
10 you need to make motions, please confer and send in a proposed
11 schedule.
12            MR. TOUMBEKIS:  Certainly, Judge.
13            THE COURT:  Okay.  What else, my friends?
14            MR. MARGULIES:  Your Honor, the government seeks to
15 exclude time under the Speedy Trial Act between now and the
16 next conference date, April 121.  The government submits that
17 the exclusion would be in the interest of justice and would
18 outweigh the best interests of the defendant and the public in
19 a speedy trial, and that it would allow the defense to continue
20 to review discovery and the parties to engage in continued
21 conversations regarding a potential pretrial resolution.
22            MR. TOUMBEKIS:  We join in the motion, Judge.  We
23 consent.
24            THE COURT:  Yes, sir.
25            Time between today and April 21 is excluded from

1  calculation under the Speedy Trial Act in order to allow
2  defense counsel to continue to review discovery, determine if
3  motions are necessary, and for discussions about a disposition
4  to continue.
5           Anything else, friends?
6           MR. MARGULIES:  No, your Honor.  The government and
7  the parties will advise the Court before the next conference
8  date if the parties believe that that date should be converted
9  into a change of plea or if --
10          THE COURT:  Absolutely.
11          MR. MARGULIES:  -- we'll be discussing a motion
12 schedule.
13          THE COURT:  Just shoot in a letter regarding status.
14          MR. MARGULIES:  Will do.
15          THE COURT:  Thank you, counsel.  Good morning.
16          Good morning, sir.
17          (Adjourned)
18
19
20
21
22
23
24
25