

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

May 8, 2025

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jared Solomon*, 24 Cr. 665 (LAP)

Dear Judge Preska:

      The parties jointly submit this letter requesting that the Court schedule a change-of-plea hearing for the week of May 26, 2025. The parties have reached an agreement in principle concerning the resolution of the charges in this case. In particular, the parties anticipate that, at the change-of-plea hearing, the defendant will plead guilty, pursuant to a plea agreement, to Count One of Indictment 24 Cr. 665 (LAP). The parties require a brief additional adjournment, however, to finalize certain terms of the anticipated resolution pertaining to restitution. Accordingly, the parties respectfully request that the Court cancel the conference currently scheduled for May 13, 2025, and schedule a change-of-plea hearing for the week of May 26, 2025, or a date thereafter that is convenient for the Court, by which point the Government anticipates that the restitution issues will be finalized.

      In addition, the Government respectfully requests, with the consent of the defendant, that the time between May 13, 2025, and the date of the change-of-plea hearing be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to finalize the anticipated pre-trial resolution of this case.

```
The parties' request is GRANTED. The
hearing currently scheduled for May 13,
2025 is adjourned and a change of plea
hearing will be held on May 29, 2025 at
11:30 a.m.  The time from May 13, 2025 to
May 29, 2025 is excluded pursuant to 18
U.S.C. § 3161(h)(7)(A) in the interests
of justice.  The Clerk of the Court shall
close docket number 23.
SO ORDERED.
```

Respectfully submitted,

PERRY CARBONE
Attorney for the United States,
Acting under Authority Conferred
by 28 U.S.C. § 515

By: _____

Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

Cc:   Peter Toumbekis, Esq. (by ECF)

Dated: May 8, 2025

_____
LORETTA A. PRESKA, U.S.D.J.