UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

JARED SOLOMON,

                Defendant.
-------------------------------------------------------X
TO: CLERK OF THE COURT

**NOTICE OF APPEARANCE**

Case No. 24-CR-00665-LAP-1

      **PLEASE TAKE NOTICE** that I have been retained as counsel to Jared Solomon in place and stead of Peter Toumbakis, Esq. in connection with the above in the entitled action. I have been admitted to practice in this Court since 2022.

Dated: May 9, 2025
       New York, New York

                                      /s/ Lino De Masi    .
                             Lino De Masi
                             Aidala, Bertuna & Kamins, P.C.
                             546 Fifth Avenue, 6th Floor
                             New York, New York 10036
                             (212) 486-0011