

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

June 25, 2025

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Jared Solomon*, 24 Cr. 665 (LAP)

Dear Judge Preska:

  The parties write to respectfully request a 30-day adjournment of the motions schedule previously set by the Court on May 21, 2025. Such an adjournment would facilitate the parties' ongoing discussions regarding a potential pre-trial resolution of this case. Accordingly, the parties jointly propose the following pretrial motions schedule:

  **Defendant's Motions:** July 28, 2025

  **Government's Opposition:** August 27, 2025

  **Defendant's Reply:** September 10, 2025

  **Oral Argument/Hearing Date (if necessary):** September 24, 2025

*[Remainder of Page Left Intentionally Blank]*

② The Government further requests, with the consent of the defendant, that the time between August 25, 2025 and September 24, 2025 (or until the next scheduled appearance before the Court) be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to prepare any pretrial motions, and facilitate the parties' ongoing discussions regarding a possible pretrial resolution.

① and ② are

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 26, 2025

Cc: Michael Jaccarino, Esq. (by ECF)
Arthur L. Aidala, Esq. (by ECF)
Lino J. De Masi, Esq. (by ECF)

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States,
Acting under Authority Conferred
by 28 U.S.C. § 515

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345