UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF MOTION** |
| v. | CASE No: 24-CR-665 (LAP) |
| JARED SOLOMON, | |
| *Defendant.* | |

-----------------------------------------------------------X

SIRS AND MADAMS:

PLEASE TAKE NOTICE that upon the annexed Affidavit of Arthur L. Aidala, Esq., attorney for the Defendant, Jared Solomon, sworn to on the 28th day of July, 2025 and upon all prior proceedings and Motions, the undersigned will move this Court for an Order relieving him and the other members of his law firm of any further legal representation of Mr. Solomon, before the Honorable Loretta A. Preska, at the United States Courthouse, New York, New York, at a date and time convenient for the Court.

Dated:   New York, New York
         July 28, 2025

Respectfully submitted,

*/s/ Arthur L. Aidala*
ARTHUR L. AIDALA
Aidala, Bertuna & Kamins, P.C.
546 5th Avenue, 6th Floor
New York, New York 10036

TO:   AUSA Adam Margulies, by ECF
      Jared Solomon, by electronic mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                   **AFFIRMATION**

         v.                                    CASE No: 24-CR-665 (LAP)

JARED SOLOMON,
                      *Defendant.*
-----------------------------------------------------X

Arthur L. Aidala, being duly sworn, deposes and says under the penalty of perjury:

    1.    I am an attorney at law duly licensed to practice in the State of New York and admitted to practice before the Court, and a partner at Aidala, Bertuna & Kamins, P.C., located at 546 5th Avenue, New York, New York 10036 ("Law Firm").

    2.    The Defendant, Jared Solomon, retained me and my Law Firm to represent him in connection with the above-captioned case in May, 2024, five months after his arraignment on a two-count indictment charging wire fraud and aggravated identity theft. Two other attorneys from my Law Firm, Michael Jaccarino and Lino De Masi, also filed notices of appearance in this matter alongside me,

    3.    We are not the only counsel of record for Mr. Solomon. Peter Toumbekis, Esq., has represented Mr. Solomon since his arraignment on December 4, 2024. To date, Mr. Toumbekis remains actively involved in Mr. Solomon's defense.

    4.    Due to a complete breakdown in the attorney-client relationship with Mr. Solomon, I am moving to withdraw from any further representation of Mr. Solomon. I am further requesting that the Court relieve Mr. Jaccarino and Mr. De Masi for the same reason. We have reached the "point of no return" in our representation of Mr. Solomon. Despite our best efforts, the attorney-client relationship is beyond repair. Due to multiple significant

communication-related issues, we do not believe we can provide an adequate defense for Mr. Solomon any longer.

5.  This Affirmation provides the most generic reasons for the requested relief to protect client confidences. A more detailed presentation can be made to the Court in camera and *ex parte*, if necessary, to protect Mr. Solomon's interests in this matter.

6.  Mr. Toumbekis remains counsel of record and has not indicated to any member of my Law Firm an intent to withdraw from representing Mr. Solomon.

WHEREFORE, the undersigned respectfully requests that this Court relieve him and the other members of his Law Firm of any further legal representation of Jared Solomon.

Dated:   New York, New York
         July 28, 2025

Respectfully submitted,

*/s/ Arthur L Aidala*
Aidala, Bertuna & Kamins, P.C.