UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                **NOTICE OF MOTION**

          v.                         CASE No: 24-CR-665 (LAP)

JARED SOLOMON,
                      *Defendant.*
-------------------------------------------------------------X

SIRS AND MADAMS:

    PLEASE TAKE NOTICE that upon the annexed Affidavit of Arthur L. Aidala, Esq., attorney for the Defendant, Jared Solomon, sworn to on the 28th day of July, 2025 and upon all prior proceedings and Motions, the undersigned will move this Court for an Order relieving him and the other members of his law firm of any further legal representation of Mr. Solomon, before the Honorable Loretta A. Preska, at the United States Courthouse, New York, New York, at a date and time convenient for the Court.

Dated:    New York, New York
             July 28, 2025

*granted*

**SO ORDERED**

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

                                      Respectfully submitted,

                                      */s/ Arthur L. Aidala*
                                      ARTHUR L. AIDALA
                                      Aidala, Bertuna & Kamins, P.C.
                                      546 5th Avenue, 6th Floor
                                      New York, New York 10036

TO:    AUSA Adam Margulies, by ECF
         Jared Solomon, by electronic mail

7/30/25