UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :      24-CR-665 (LAP)
         -v.-                        :
                                     :      ORDER
JARED SOLOMON,                       :
                                     :
              Defendant.             :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant's letter request, dated July 28, 2025, for a two-week extension of the July 28, 2025 deadline for Defendant to submit his motions. (Dkt. no. 32.) The Government objects to Defendant's request. (See dkt. no. 32.) Given the case has been pending for seven months without the filing of any motions, Defendant's request is denied. Instead, the Court permits Defendant a one-week extension of the motions schedule. The parties shall file their submissions by the deadlines outlined below.

  Defendant's Motions: August 4, 2025

  Government's Opposition: September 3, 2025

  Defendant's Reply: September 17, 2025

  Oral Argument/Hearing Date (if necessary): September 29, 2025

The time between August 25, 2025 and September 29, 2025 is excluded pursuant to the provisions of the Speedy Trial Act in the interests of justice.

**SO ORDERED.**

Dated:   New York, New York
         July 30, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge