

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

October 21, 2025

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Streets
New York, NY 10007

    Re:    *United States v. Jared Solomon*, 24 Cr. 665 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter, with the consent of the defendant, requesting that the Court exclude time under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until October 28, 2025, the date of the conference scheduled in this matter. The Government submits that the ends of justice served by the exclusion outweigh the best interests of the defendant and the public in a speedy trial, in that the exclusion will enable the parties to confer regarding a proposed pretrial schedule, to prepare for trial, and to consider any other issues to be raised at the conference.[1]

                          Respectfully submitted,

                          SEAN S. BUCKLEY
                          Attorney for the United States,
                          Acting under Authority Conferred
                          by 28 U.S.C. § 515

                        By: _____
                          Adam Z. Margulies
                          Assistant United States Attorney
                          (212) 637-2345

Cc:    Peter Toumbekis, Esq. (by ECF)

---

[1] The Court previously granted a series of exclusions of Speedy Trial Act time from the date of the defendant's arraignment through September 29, 2025, and the Speedy Trial Clock was further tolled automatically under 18 U.S.C. § 3161(h)(1)(D) from the filing of the defendant's motion through the date of the Court's ruling on the motion, October 14, 2025. Accordingly, as of the date of this letter, the Speedy Trial Clock is scheduled to run on December 23, 2025.