*Peter Toumbekis*

*Attorney at Law*

*281 Beaver Dam Road*

*Brookhaven, NY 11719*

(917) 325-3574                                                                                    Fax: (929) 403-0220

March 5, 2026

United States Courthouse
Hon. Loretta A. Preska
500 Pearl Street
New York, NY 10007-1312

**RE:    U.S. v. Jared Solomon (24-cr-665-LAP)**

Dear Hon. Preska:

      I am the attorney of record for the Defendant Mr. Jared Solomon.  The above referenced matter is currently scheduled to begin trial on April 13, 2026.

      I am respectfully requesting to start the Trial on April 14, 2026, instead of April 13, 2026.

      Today, I was nominated as a Producer for Best New Musical for "*The Unlikely Pilgrimage of Harold Fry*."  This is my first ever award nomination.  I am making this request to accommodate my desire to travel to and from London to attend the 2026 Olivier Awards ceremony in London on April 12, 2026.  I would attend the ceremony on the evening of April 12th and schedule to fly back the next day on April 13, 2026.

      This request is being made with the foreknowledge of my client and the U.S. Attorney's Office.  The U.S. Attorney's Office takes no position on this request.

      Thank you in advance for your consideration.

Very truly yours,

Peter Toumbekis, Esq.

cc:    AUSA Adam Margulies
       AUSA Joseph Zabel
       AUSA Rita Maxwell