UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA
                                         :      24 CR 665-LAP-1

     -against-                           :         ORDER
                                         :
   Jared Solomon
                                         :
     Defendant
                                         :
----------------------------------------X


Loretta A. Preska, United States District Judge:


Upon the report of Pretrial Services, it is hereby ORDERED that

the defendant's release conditions be modified to include mental

health evaluation/treatment as directed by Pretrial Services.



Dated: New York, New York

March ___11___, 2026



                              SO ORDERED:

                              _____
                              Honorable Loretta A. Preska
                              United States District Judge