UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNTIED STATES OF AMERICA,

               Plaintiff,

-against-

JARED SOLOMON,

               Defendant.

24-CR-665(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in this matter, previously scheduled to commence on April 13, 2026, will now begin on April 14, 2026, at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York 10007.  The Clerk of the Court shall close docket number 52.

**SO ORDERED.**

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge

Dated:    New York, New York
            March 11, 2026