**Exhibit**                                    **B**

**Jobs and Miscellaneous**

| | |
|---|---|
| Unreimbursed employee expense amount: | $0.00 |
| Total limited miscellaneous expenses: | $0.00 |
| Net limited miscellaneous deduction: | $0.00 |
| Net limited miscellaneous deduction per computer: | $0.00 |

**Other Miscellaneous**

| | |
|---|---|
| Other than gambling amount: | $0.00 |
| Other miscellaneous deductions: | $0.00 |

**Total Itemized Deductions**

| | |
|---|---|
| Total itemized deductions: | $37,603.00 |
| Total itemized deductions per computer: | $37,603.00 |
| Recomputed total itemized deductions per computer: | $0.00 |
| Elect itemized deduction indicator: | |
| Schedule A itemized percentage per computer: | $0.00 |

## Schedule D - Capital Gains and Losses

**Short Term Capital Gains and Losses**

| | |
|---|---|
| Short term basis no adjustments sale amount: | $0.00 |
| Short term basis no adjustments cost amount: | $0.00 |
| Short term basis sale amount: | $0.00 |
| Short term basis cost amount: | $0.00 |
| Short term basis adjustments: | $0.00 |
| Short term no basis sale amount: | $0.00 |
| Short term no basis cost amount: | $0.00 |
| Short term no basis adjustments: | $0.00 |
| Short term no 1099-B sale amount: | $0.00 |
| Short term no 1099-B cost amount: | $0.00 |
| Short term no 1099-B adjustments: | $0.00 |
| Short term Schedule K-1 amount: | $0.00 |
| Net short-term gain/loss: | $0.00 |
| Form 8949 Y qualified opportunity funds short term investments: | No |
| Form 8949 Y qualified opportunity funds short term EIN: | |
| Form 8949 Y qualified opportunity funds short term sold date: | 00-00-0000 |
| Form 8949 Y qualified opportunity funds short term deferred: | $0.00 |
| Form 8949 Z qualified opportunity funds short term adjustments: | $0.00 |
| Form 8949 Z qualified opportunity funds short term investments: | No |
| Form 8949 Z qualified opportunity funds short term EIN: | |
| Form 8949 Z qualified opportunity funds short term acquired date: | 00-00-0000 |

**Long Term Capital Gains and Losses**

| | |
|---|---|
| Long term basis no adjustments sale amount: | $0.00 |
| Long term basis no adjustments cost amount: | $11,813.00 |
| Long term basis sale amount: | $0.00 |
| Long term basis cost amount: | $0.00 |
| Long term basis adjustments: | $0.00 |
| Long term no basis sale amount: | $0.00 |
| Long term no basis cost amount: | $0.00 |
| Long term no basis adjustments: | $0.00 |
| Long term no 1099-B sale amount: | $0.00 |
| Long term no 1099-B cost amount: | $0.00 |
| Long term no 1099-B adjustments: | $0.00 |
| Long term schedule K-1 amount: | $0.00 |
| Capital gain distributions (PR): | $0.00 |
| Net long-term gain/loss: | -$11,813.00 |
| Form 8949 Y qualified opportunity funds long term investments: | No |

 **Internal Revenue Service**
United States Department of the Treasury

> This Product Contains Sensitive Taxpayer Data

# Form 1040 Tax Return Transcript

| | |
|---|---|
| Request Date: | 03-13-2026 |
| Response Date: | 03-13-2026 |
| Tracking Number: | 109980983182 |

| | |
|---|---|
| SSN provided: | XXX-XX-3539 |
| Report for Tax Period Ending: | 12-31-2023 |

The following items reflect the amount as shown on the return, and the amount as adjusted, if applicable. They do not show subsequent activity on the account.

| | |
|---|---|
| SSN: | XXX-XX-3539 |
| Spouse SSN: | XXX-XX-5416 |

JARE SOLO & BROO KAY
23 E 7

| | |
|---|---|
| Filing status: | Married Taxpayer Filing Joint Return |
| Form number: | 1040 |
| Cycle posted: | 20253405 |
| Received date: | 08-15-2025 |
| Payment: | $0.00 |
| Exemption number: | 04 |
| Other dependent credit total eligible per computer: | 0 |
| Other dependent credit total eligible verified: | 0 |
| Dependent 1 Name control: | SOLO |
| Dependent 1 SSN: | XXX-XX-1653 |
| Dependent 2 Name control: | KAYE |
| Dependent 2 SSN: | XXX-XX-8592 |
| PTIN: | XXX-XX-1430 |
| Preparer EIN: | XX-XXX1840 |

## Income

| | |
|---|---|
| Total wages: | $738,463.00 |
| Form W-2 wages: | $738,463.00 |
| Taxable interest income (Schedule B): | $108.00 |
| Tax-exempt interest: | $8,788.00 |
| Ordinary dividend income (Schedule B): | $5,862.00 |
| Qualified dividends: | $1,759.00 |
| Refunds of state/local taxes: | $0.00 |
| Alimony received: | $0.00 |
| Business income or loss (Schedule C): | $0.00 |
| Business income or loss (Schedule C) per computer: | $0.00 |
| Capital gain or loss (Schedule D): | $405.00 |
| Capital gains or loss (Schedule D) per computer: | $405.00 |
| Other gains or losses (Form 4797): | $0.00 |
| Total IRA distributions: | $0.00 |
| Taxable IRA distributions: | $0.00 |
| Total pensions and annuities: | $0.00 |
| Taxable pension/annuity amount: | $0.00 |
| Additional income: | $250.00 |
| Additional income per computer: | $250.00 |
| Refundable credits per computer: | $0.00 |
| Refundable education credit per computer: | $0.00 |

| | |
|---|---|
| Qualified business income deduction: | $93.00 |
| Rent/royalty/partnership/estate (Schedule E): | $0.00 |
| Rent/royalty/partnership/estate (Schedule E) per computer: | $0.00 |
| Rent/royalty income/loss per computer: | $0.00 |
| Estate/trust income/loss per computer: | $0.00 |
| Partnership/S-Corp income/loss per computer: | $0.00 |
| Farm income or loss (Schedule F): | $0.00 |
| Farm income or loss (Schedule F) per computer: | $0.00 |
| Unemployment compensation: | $0.00 |
| Total Social Security benefits: | $0.00 |
| Taxable Social Security benefits: | $0.00 |
| Taxable Social Security benefits per computer: | $0.00 |
| Other income: | $250.00 |
| Schedule EIC Self-employment income per computer: | $0.00 |
| Schedule EIC earned income per computer: | $0.00 |
| Schedule EIC disqualified income per computer: | $0.00 |
| Excess advance child tax credit per computer: | $0.00 |
| Primary economic impact payment 2: | $0.00 |
| Secondary economic impact payment 2: | $0.00 |
| Primary advanced child tax credit payments: | $0.00 |
| Secondary advanced child tax credit payments: | $0.00 |
| Additional child tax credit earned income: | $0.00 |
| EIC prior year earned income: | $0.00 |
| Qualified business income deduction: | $0.00 |
| Form 8995 qualified business income deduction computer: | $93.00 |
| Form 8995 net capital gains computer: | $0.00 |
| Primary economic impact payment: | $0.00 |
| Secondary economic impact payment: | $0.00 |
| Scholarship/Fellowship grant: | $0.00 |
| Total income: | $745,088.00 |
| Total income per computer: | $745,088.00 |

## Adjustments to Income

| | |
|---|---|
| Educator expenses: | $0.00 |
| Educator expenses per computer: | $0.00 |
| Reservist and other business expense: | $0.00 |
| Health Savings Account deduction: | $0.00 |
| Health Savings Account deduction per computer: | $0.00 |
| Moving expenses (Form 3903): | $0.00 |
| Self-employment tax deduction: | $0.00 |
| Self-employment tax deduction per computer: | $0.00 |
| Self-employment tax deduction verified: | $0.00 |
| Keogh/SEP contribution deduction: | $0.00 |
| Self-employment health insurance deduction: | $0.00 |
| Early withdrawal of savings penalty: | $0.00 |
| Alimony paid SSN: | |
| Alimony paid: | $0.00 |
| Scholarship/Fellowship excluded: | $0.00 |
| IRA deduction: | $0.00 |
| IRA deduction per computer: | $0.00 |
| Student loan interest deduction: | $0.00 |
| Student loan interest deduction per computer: | $0.00 |
| Student loan interest deduction verified: | $0.00 |
| Total other payment refundable credit per computer: | $0.00 |
| Total other payment refund verified: | $0.00 |
| Other adjustments: | $0.00 |
| Archer MSA deduction: | $0.00 |
| Archer MSA deduction per computer: | $0.00 |
| Total adjustments: | $0.00 |
| Total adjustments per computer: | $0.00 |
| Adjusted gross income: | $745,088.00 |
| Adjusted gross income per computer: | $745,088.00 |

## Tax and Credits

| | |
|---|---|
| 65 or over: | No |
| Blind: | No |
| Spouse 65 or over: | No |
| Spouse blind: | No |
| Standard deduction per computer: | $0.00 |
| Additional standard deduction per computer: | $0.00 |
| Tax table income per computer: | $676,786.00 |
| Exemption amount per computer: | $0.00 |
| Taxable income: | $676,693.00 |
| Taxable income per computer: | $676,693.00 |
| Total positive income per computer: | $745,088.00 |
| Tentative tax: | $180,307.00 |
| Tentative tax per computer: | $180,307.00 |
| Form 8814 additional tax amount: | $0.00 |
| Tax on income less Social Security income per computer: | $0.00 |
| Form 6251 alternative minimum tax: | $0.00 |
| Form 6251 alternative minimum tax per computer: | $0.00 |
| Foreign tax credit: | $0.00 |
| Foreign tax credit per computer: | $0.00 |
| Foreign income exclusion per computer: | $0.00 |
| Foreign income exclusion tax per computer: | $0.00 |
| Excess advance premium tax credit repayment amount: | $0.00 |
| Excess advance premium tax credit repayment verified amount: | $0.00 |
| Child & dependent care credit: | $0.00 |
| Child & dependent care credit per computer: | $0.00 |
| Credit for elderly and disabled: | $0.00 |
| Credit for elderly and disabled per computer: | $0.00 |
| Education credit: | $0.00 |
| Education credit per computer: | $0.00 |
| Gross education credit per computer: | $0.00 |
| Retirement savings contribution credit: | $0.00 |
| Retirement savings contribution credit per computer: | $0.00 |
| Total retirement savings contribution (Form 8880 computer): | $0.00 |
| Residential clean energy credit: | $0.00 |
| Residential clean energy credit per computer: | $0.00 |
| Child and other dependent credit: | $0.00 |
| Child and other dependent credit per computer: | $0.00 |
| Adoption credit (Form 8839): | $0.00 |
| Adoption credit per computer: | $0.00 |
| Form 8396 mortgage certificate credit: | $0.00 |
| Form 8396 mortgage certificate credit per computer: | $0.00 |
| Total other non-refundable credit: | $0.00 |
| Form 3800 general business credits: | $0.00 |
| Form 3800 general business credits per computer: | $0.00 |
| Prior year minimum tax credit (Form 8801): | $0.00 |
| Prior year minimum tax credit (Form 8801) per computer: | $0.00 |
| Earlier year income repayment credit: | $0.00 |
| Clean vehicle credit: | $0.00 |
| Clean vehicle credit per computer: | $0.00 |
| Refundable Adoption Credit Verified Amount: | $0.00 |
| Sick family leave credit: | $0.00 |
| Non-itemized charitable contribution deduction: | $0.00 |
| Non-itemized charitable contribution per computer: | $0.00 |
| Refundable child care credit: | $0.00 |
| Sick family leave credit after 3-31-21: | $0.00 |
| Refundable child care credit verified: | $0.00 |
| Recovery rebate credit: | $0.00 |
| Recovery rebate credit per computer: | $0.00 |
| Health coverage tax credit (Form 8885): | $0.00 |
| Recovery rebate credit verified: | $0.00 |
| Other credits: | $0.00 |
| Total credits: | $0.00 |
| Total credits per computer: | $0.00 |

| | |
|---|---|
| Income tax after credits per computer: | $180,307.00 |
| Advanced manufacturing credit per computer: | $0.00 |
| Advanced manufacturing invest credit per computer: | $0.00 |
| Clean hydrogen production credit per computer: | $0.00 |
| Carbon oxide sequestration credit per computer: | $0.00 |
| Energy efficient home credit per computer: | $0.00 |
| Energy efficient home credit: | $0.00 |
| Pre-owned clean vehicle credit per computer: | $0.00 |
| Pre-owned clean vehicle credit: | $0.00 |
| Pre-owned clean vehicle verified: | $0.00 |
| New clean vehicle bus credit per computer: | $0.00 |
| New clean vehicle bus verified: | $0.00 |
| Commercial clean vehicle credit per computer: | $0.00 |
| Commercial clean vehicle verified: | $0.00 |
| Clean vehicle credit verified: | $0.00 |

## Other Taxes

| | |
|---|---|
| Self employment tax: | $0.00 |
| Self employment tax per computer: | $0.00 |
| Social Security and Medicare tax on unreported tips: | $0.00 |
| Social Security and Medicare tax on unreported tips per computer: | $0.00 |
| Tax on qualified plans Form 5329 (PR): | $15.00 |
| Tax on qualified plans Form 5329 per computer: | $15.00 |
| Individual Retirement Account File (IRAF) tax per computer: | $15.00 |
| Taxpayer tax figures (reduced by IRAF) per computer: | $185,127.00 |
| Individual Master File (IMF) total tax (reduced by IRAF) per computer: | $185,127.00 |
| Total other taxes per computer: | $4,835.00 |
| Unpaid Federal Insurance Contributions Act (FICA) on reported tips: | $0.00 |
| Form 8959 additional Medicare tax: | $4,599.00 |
| Form 8960 net investment income tax: | $221.00 |
| Interest on deferred tax: | $0.00 |
| Total other taxes: | $4,835.00 |
| Recapture tax (Form 8611): | $0.00 |
| Household employment taxes: | $0.00 |
| Household employment taxes per computer: | $0.00 |
| Interest due on installment: | $0.00 |
| Schedule 8812 additional tax computer: | $0.00 |
| Refundable child care computer: | $0.00 |
| Health coverage recapture (Form 8885): | $0.00 |
| Excess Social Security tax withheld verified: | $0.00 |
| Excess Social Security tax withheld per computer: | $0.00 |
| Total additional taxes: | $0.00 |
| Total assessment per computer: | $185,142.00 |
| Total tax liability taxpayer figures: | $185,142.00 |
| Total tax liability taxpayer figures per computer: | $185,142.00 |

## Payments

| | |
|---|---|
| Federal income tax withheld: | $180,083.00 |
| Schedule 8812 additional tax: | $0.00 |
| Estimated tax payments: | $0.00 |
| Other payment credit: | $0.00 |
| Refundable education credit: | $0.00 |
| Refundable education credit per computer: | $0.00 |
| Refundable education credit verified: | $0.00 |
| Refundable credits: | $0.00 |
| Earned income credit: | $0.00 |
| Earned income credit per computer: | $0.00 |
| Nontaxable combat pay: | $0.00 |
| Schedule 8812 nontaxable combat pay: | $0.00 |

| | |
|---|---|
| Excess Social Security & Railroad Retirement Tax Act (RRTA) tax withheld: | $0.00 |
| Schedule 8812 total Social Security/Medicare withheld: | $0.00 |
| Schedule 8812 additional child tax credit: | $0.00 |
| Schedule 8812 additional child tax credit per computer: | $0.00 |
| Schedule 8812 additional child tax credit verified: | $0.00 |
| Amount paid with Form 4868: | $0.00 |
| Form 2439 regulated investment company credit: | $0.00 |
| Form 4136 credit for federal tax on fuels: | $0.00 |
| Form 4136 credit for federal tax on fuels per computer: | $0.00 |
| Section 965 tax installment: | $0.00 |
| Section 965 tax liability: | $0.00 |
| Premium tax credit amount: | $0.00 |
| Premium tax credit verified amount: | $0.00 |
| Primary NAP first time home buyer installment amount: | $0.00 |
| Secondary NAP first time home buyer installment amount: | $0.00 |
| First time homebuyer credit repayment amount: | $0.00 |
| Form 5405 total homebuyers credit repayment per computer: | $0.00 |
| Small employer health insurance per computer: | $0.00 |
| Small employer health insurance per computer (2): | $0.00 |
| Total other payments refundable: | $0.00 |
| Total payments: | $180,083.00 |
| Total payments per computer: | $180,083.00 |

## Refund or Amount Owed

| | |
|---|---|
| Amount you owe: | $5,059.00 |
| Estimated tax credit applied to next year: | $0.00 |
| Estimated tax penalty: | $0.00 |
| Tax on income less state refund per computer: | $0.00 |
| Balance due/overpayment using taxpayer figure per computer: | $5,059.00 |
| Balance due/overpayment using computer figures: | $5,059.00 |
| Form 8888 total refund per computer: | $0.00 |

## Third Party Designee

| | |
|---|---|
| Third party designee ID number: | X1406 |
| Authorization indicator: | Yes |
| Third party designee name: | HR TA GROU IN |

## Schedule A -- Itemized Deductions

### Medical/Dental

| | |
|---|---|
| Medical and dental expenses: | $0.00 |
| Adjusted gross income percentage: | $55,882.00 |
| Adjusted gross income percentage per computer 10 percent: | $0.00 |
| Adjusted gross income percentage per computer 7.5 percent: | $55,881.00 |
| Net medical deduction: | $0.00 |
| Net medical deduction per computer: | $0.00 |

### Taxes Paid

| | |
|---|---|
| State and local income or sales taxes: | $64,190.00 |
| Real estate taxes: | $45,981.00 |
| Personal property taxes: | $0.00 |
| Other taxes amount: | $0.00 |
| Schedule A tax deductions: | $10,000.00 |
| Schedule A tax per computer: | $10,000.00 |

### Interest Paid

| | |
|---|---|
| Mortgage interest (financial): | $32,112.00 |
| Mortgage interest (individual): | $0.00 |

Deductible points:                                                    $0.00
Qualified mortgage insurance premiums:                                $0.00
Deductible investment interest:                                       $0.00
Total interest deduction:                                        $32,112.00
Total interest deduction per computer:                           $32,112.00

**Charitable Contributions**

Cash contributions:                                              $26,050.00
Other than cash: Form 8283:                                         $140.00
Carryover from prior year:                                            $0.00
Schedule A total contributions:                                  $26,190.00
Schedule A total contributions per computer:                     $26,190.00

**Casualty and Theft Loss**

Casualty or theft loss:                                              $0.00

**Jobs and Miscellaneous**

Unreimbursed employee expense amount:                               $0.00
Total limited miscellaneous expenses:                               $0.00
Net limited miscellaneous deduction:                                $0.00
Net limited miscellaneous deduction per computer:                   $0.00

**Other Miscellaneous**

Other than gambling amount:                                        $68.00
Other miscellaneous deductions:                                     $0.00

**Total Itemized Deductions**

Total itemized deductions:                                       $68,302.00
Total itemized deductions per computer:                          $68,302.00
Recomputed total itemized deductions per computer:                   $0.00
Elect itemized deduction indicator:
Schedule A itemized percentage per computer:                         $0.00

## Interest and Dividends

Gross Schedule B interest:                                         $108.00
Taxable interest income:                                           $108.00
Excludable savings from bond interest:                               $0.00
Gross Schedule B dividends:                                       $5,862.00
Dividend income:                                                  $5,862.00
Foreign accounts indicator:                                             No
Required to file Financial Crimes Enforcement Network
  (FinCEN) Form 114:

## Schedule D - Capital Gains and Losses

**Short Term Capital Gains and Losses**

Short term basis no adjustments sale amount:                         $0.00
Short term basis no adjustments cost amount:                         $0.00
Short term basis sale amount:                                        $0.00
Short term basis cost amount:                                        $0.00
Short term basis adjustments:                                        $0.00
Short term no basis sale amount:                                     $0.00
Short term no basis cost amount:                                     $0.00
Short term no basis adjustments:                                     $0.00
Short term no 1099-B sale amount:                                    $0.00
Short term no 1099-B cost amount:                                    $0.00
Short term no 1099-B adjustments:                                    $0.00
Short term Schedule K-1 amount:                                      $0.00
Net short-term gain/loss:                                            $0.00
Form 8949 Y qualified opportunity funds short term
  investments:                                                          No
Form 8949 Y qualified opportunity funds short term EIN:

| | |
|---|---|
| Form 8949 Y qualified opportunity funds short term sold date: | 00-00-0000 |
| Form 8949 Y qualified opportunity funds short term deferred: | $0.00 |
| Form 8949 Z qualified opportunity funds short term adjustments: | $0.00 |
| Form 8949 Z qualified opportunity funds short term investments: | No |
| Form 8949 Z qualified opportunity funds short term EIN: | |
| Form 8949 Z qualified opportunity funds short term acquired date: | 00-00-0000 |

**Long Term Capital Gains and Losses**

| | |
|---|---|
| Long term basis no adjustments sale amount: | $13,509.00 |
| Long term basis no adjustments cost amount: | $13,623.00 |
| Long term basis sale amount: | $0.00 |
| Long term basis cost amount: | $0.00 |
| Long term basis adjustments: | $0.00 |
| Long term no basis sale amount: | $3,724.00 |
| Long term no basis cost amount: | $3,670.00 |
| Long term no basis adjustments: | $0.00 |
| Long term no 1099-B sale amount: | $0.00 |
| Long term no 1099-B cost amount: | $0.00 |
| Long term no 1099-B adjustments: | $0.00 |
| Long term schedule K-1 amount: | $0.00 |
| Capital gain distributions (PR): | $465.00 |
| Net long-term gain/loss: | $405.00 |
| Form 8949 Y qualified opportunity funds long term investments: | No |
| Form 8949 Y qualified opportunity funds long term EIN: | |
| Form 8949 Y qualified opportunity funds long term sold date: | 00-00-0000 |
| Form 8949 Y qualified opportunity funds long term deferred: | $0.00 |
| Qualified opportunity funds disposal: | No box checked |
| Form 8949 Z qualified opportunity funds long term investments: | No |
| Form 8949 Z qualified opportunity funds long term EIN: | |
| Form 8949 Z qualified opportunity funds long term acquired date: | 00-00-0000 |
| Form 8949 Z qualified opportunity funds long term adjustments: | $0.00 |

**Tax Computation Using Maximum Capital Gains Rates**

| | |
|---|---|
| 28% rate gain: | $0.00 |
| Unrecaptured section (1250 gain): | $1.00 |
| Schedule D 15% tax computer: | $0.00 |
| Capital gains less invest income per computer: | $405.00 |
| Capital gains per computer: | $2,163.00 |
| Capital gains tax per computer: | $179,874.14 |
| Capital gains per computer: | $0.00 |
| 25% rate capital gains tax per computer: | $0.25 |
| 28% rate capital gains tax per computer: | $0.00 |
| Schedule D tax per computer: | $180,306.99 |

## Form 5329 - Additional Taxes on Qualified Plans (Occurrence #: 1)

| | |
|---|---|
| Tax on early distributions: | $0.00 |
| Total tax on retirement distributions computer: | $0.00 |
| Tax on distributions from education accounts: | $0.00 |
| Tax on excess traditional IRA contribution: | $0.00 |
| Tax on excess ROTH IRA contribution: | $0.00 |
| Tax on excess education IRA contribution: | $0.00 |
| Tax on excess MSA contribution amount: | $0.00 |
| Tax on excess HSA contribution: | $15.00 |
| Tax on excess able contribution: | $0.00 |

Tax on excess accumulation amount:                                          $0.00
Spouse indicator:                                                             Yes
IRA condition codes:
Tax on retirement contribution computer:                                    $15.00

## Form 5329 - Additional Taxes on Qualified Plans (Occurrence #: 2)

Total tax on retirement distributions computer:                              $0.00

## Form 8889 - Health Savings Account (Occurrence #: 1)

High deductible health plan indicator:                                     Family
Health Savings Account (HSA) contributions:                                  $0.00
HSA limited annual deduction:                                            $7,750.00
Total Archer MSA contributions:                                              $0.00
HSA limited deductible allowed:                                          $7,750.00
Half HSA limited deductible allowed:                                     $7,750.00
Additional HSA contributions amount:                                         $0.00
Gross HSA contributions limit:                                           $7,750.00
Employer HSA contributions:                                              $8,000.00
Qualified HSA funding distribution:                                          $0.00
Total qualified HSA funding distribution:                                $8,000.00
HSA contributions limit amount:                                              $0.00
HSA deduction amount:                                                        $0.00
HSA deduction amount computer:                                               $0.00
Total HSA distributions:                                                 $3,860.00
HSA distribution rollover amount:                                            $0.00
Net HSA distributions amount:                                            $3,860.00
Unreimbursed qualified medical expenses:                                 $3,860.00
Taxable HSA distributions:                                                   $0.00
Exceptions to additional tax indicator:                                        No
Additional tax:                                                              $0.00
Additional 10% tax computer:                                                 $0.00
Part-year coverage amount:                                                   $0.00
Qualified HSA funding distribution:                                          $0.00
Total income:                                                                $0.00
Additional HSA tax amount:                                                   $0.00

## Form 8889 - Health Savings Account (Occurrence #: 2)

HSA deduction amount computer:                                               $0.00
Additional 10% tax computer:                                                 $0.00

## Form 8959 - Additional Medicare Tax

Medicare wages:                                                        $760,963.00
Unreported tips:                                                             $0.00
Wages from Form 8919:                                                        $0.00
Additional Medicare Tax on Medicare wages:                               $4,599.00
Additional Medicare Tax on Medicare wages per computer:                  $4,599.00
Self employment income:                                                      $0.00
Additional Medicare Tax on self-employment income:                           $0.00
Additional Medicare Tax on self-employment income per
  computer:                                                                  $0.00
Railroad retirement compensation:                                            $0.00
Tier I employee Additional Medicare Tax on railroad
  compensation:                                                              $0.00
Tier I employee Additional Medicare Tax on railroad
  compensation per computer:                                                 $0.00
Medicare Tax withheld W-2 box 6:                                        $16,083.00
Additional Medicare Tax W-2 box 14:                                          $0.00
Total Additional Medicare Tax:                                           $4,599.00

Total Additional Medicare Tax withholding:                              $5,049.00
Total Additional Medicare Tax withholding verified:                       $0.00
Total Additional Medicare Tax withholding per computer:                 $5,049.00

## Form 8960 - Net Investment Income Tax - Individuals, Estates, and Trusts

Taxable interest amount:                                                  $108.00
Ordinary dividends:                                                    $5,862.00
Annuities:                                                                 $0.00
Rent, royalties, partnerships, etc.:                                       $0.00
Adjustment for derived income or loss:                                     $0.00
Net gain or loss from disposition of property:                           $405.00
Net gain or loss from disposition of property not
  subject to net investment income tax:                                    $0.00
Adjustment from disposition of partnership interest:                       $0.00
Changes for certain Controlled Foreign Corporation
  (CFCs) and Passive Foreign Investment Company (PFICs):                   $0.00
Other modifications to investment income:                                  $0.00
Total investment income:                                               $6,375.00
Total investment income per computer:                                  $6,375.00
Investment interest expenses:                                              $0.00
State income tax:                                                        $549.00
Investment expenses:                                                       $0.00
Additional modifications:                                                  $0.00
Total deductions and modifications:                                      $549.00
Total deductions and modifications per computer:                         $549.00
Modified adjusted gross income:                                      $745,088.00
Taxable investment income:                                             $5,826.00
Taxable investment income per computer:                                $5,826.00
Net investment income tax for individuals:                               $221.00
Net investment income tax for individuals verified:                        $0.00
Net investment income tax for individuals per computer:                  $221.00

## Form 8867 - Paid Preparer's Earned Income Credit Checklist

Incorrect information American Opportunity Tax Credit
  (AOTC):
Form 8867 certification:                                          Yes box checked
Earned Income Credit (EIC) claimed:                          Neither box checked
Child Tax Credit (CTC) Additional Child Tax Credit
  (ACTC) claimed:                                                Yes box checked
AOTC claimed:                                                Neither box checked
Head of household filing status claimed:                     Neither box checked

## Form 8995 - A/8995 Qualified Business Income Deduction

Qualified business income component:                                       $0.00
Real Estate Investment Trust (REIT) and Publicly Traded
  Partnership (PTP) component:                                            $93.00
Form 8995 net capital gains:                                           $2,164.00
Form 8995 domestic production deduction:                                   $0.00
Qualified business net loss carryforward:                                  $0.00
Qualified REIT dividends and PTP loss carryforward:                        $0.00
Total qualified business loss carryforward:                                $0.00
Total REIT dividends loss carryforward:                                    $0.00
Total qualified business income or loss:                                   $0.00
Qualified REIT dividends and PTP income or loss:                         $467.00

This Product Contains Sensitive Taxpayer Data

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Tax Return Transcript

| | |
|---|---|
| Request Date: | 03-13-2026 |
| Response Date: | 03-13-2026 |
| Tracking Number: | 109980981342 |

| | |
|---|---|
| SSN provided: | XXX-XX-5416 |
| Report for Tax Period Ending: | 12-31-2024 |

The following items reflect the amount as shown on the return, and the amount as adjusted, if applicable. They do not show subsequent activity on the account.

| | |
|---|---|
| SSN: | XXX-XX-5416 |
| Spouse SSN: | XXX-XX-3539 |

BROO KAY & JARE SOLO
3 BEVE

| | |
|---|---|
| Filing status: | Married Taxpayer Filing Joint Return |
| Form number: | 1040 |
| Cycle posted: | 202537D5 |
| Received date: | 09-03-2025 |
| Payment: | $0.00 |
| Exemption number: | 04 |
| Other dependent credit total eligible per computer: | 1 |
| Other dependent credit total eligible verified: | 0 |
| Dependent 1 Name control: | KAYE |
| Dependent 1 SSN: | XXX-XX-8592 |
| Dependent 2 Name control: | SOLO |
| Dependent 2 SSN: | XXX-XX-1653 |
| PTIN: | XXX-XX-1430 |
| Preparer EIN: | XX-XXX1840 |

## Income

| | |
|---|---|
| Total wages: | $0.00 |
| Form W-2 wages: | $0.00 |
| Taxable interest income (Schedule B): | $107.00 |
| Tax-exempt interest: | $10,649.00 |
| Ordinary dividend income (Schedule B): | $6,360.00 |
| Qualified dividends: | $1,865.00 |
| Refunds of state/local taxes: | $0.00 |
| Alimony received: | $0.00 |
| Business income or loss (Schedule C): | $0.00 |
| Business income or loss (Schedule C) per computer: | $0.00 |
| Capital gain or loss (Schedule D): | $22,665.00 |
| Capital gains or loss (Schedule D) per computer: | $22,665.00 |
| Other gains or losses (Form 4797): | $0.00 |
| Total IRA distributions: | $0.00 |
| Taxable IRA distributions: | $0.00 |
| Total pensions and annuities: | $0.00 |
| Taxable pension/annuity amount: | $0.00 |
| Additional income: | $0.00 |
| Additional income per computer: | $0.00 |
| Refundable credits per computer: | $0.00 |
| Refundable education credit per computer: | $0.00 |

| | |
|---|---|
| Qualified business income deduction: | $0.00 |
| Rent/royalty/partnership/estate (Schedule E): | $0.00 |
| Rent/royalty/partnership/estate (Schedule E) per computer: | $0.00 |
| Rent/royalty income/loss per computer: | $0.00 |
| Estate/trust income/loss per computer: | $0.00 |
| Partnership/S-Corp income/loss per computer: | $0.00 |
| Farm income or loss (Schedule F): | $0.00 |
| Farm income or loss (Schedule F) per computer: | $0.00 |
| Unemployment compensation: | $0.00 |
| Total Social Security benefits: | $0.00 |
| Taxable Social Security benefits: | $0.00 |
| Taxable Social Security benefits per computer: | $0.00 |
| Other income: | $0.00 |
| Schedule EIC Self-employment income per computer: | $0.00 |
| Schedule EIC earned income per computer: | $0.00 |
| Schedule EIC disqualified income per computer: | $0.00 |
| Form 1099-K: | $0.00 |
| Additional child tax credit earned income: | $0.00 |
| Qualified business income deduction: | $0.00 |
| Form 8995 qualified business income deduction computer: | $0.00 |
| Form 8995 net capital gains computer: | $0.00 |
| Scholarship/Fellowship grant: | $0.00 |
| Total income: | $29,132.00 |
| Total income per computer: | $29,132.00 |

## Adjustments to Income

| | |
|---|---|
| Educator expenses: | $0.00 |
| Educator expenses per computer: | $0.00 |
| Reservist and other business expense: | $0.00 |
| Health Savings Account deduction: | $0.00 |
| Health Savings Account deduction per computer: | $0.00 |
| Moving expenses (Form 3903): | $0.00 |
| Self-employment tax deduction: | $0.00 |
| Self-employment tax deduction per computer: | $0.00 |
| Self-employment tax deduction verified: | $0.00 |
| Keogh/SEP contribution deduction: | $0.00 |
| Self-employment health insurance deduction: | $0.00 |
| Early withdrawal of savings penalty: | $0.00 |
| Alimony paid SSN: | |
| Alimony paid: | $0.00 |
| Repayment clean vehicle credit: | $0.00 |
| IRA deduction: | $0.00 |
| IRA deduction per computer: | $0.00 |
| Student loan interest deduction: | $2,500.00 |
| Student loan interest deduction per computer: | $2,500.00 |
| Student loan interest deduction verified: | $0.00 |
| Total other payment refundable credit per computer: | $0.00 |
| Total other payment refund verified: | $0.00 |
| Other adjustments: | $0.00 |
| Archer MSA deduction: | $0.00 |
| Archer MSA deduction per computer: | $0.00 |
| Total adjustments: | $2,500.00 |
| Total adjustments per computer: | $2,500.00 |
| Adjusted gross income: | $26,632.00 |
| Adjusted gross income per computer: | $26,632.00 |

## Tax and Credits

| | |
|---|---|
| 65 or over: | No |
| Blind: | No |
| Spouse 65 or over: | No |
| Spouse blind: | No |

| | |
|---|---|
| Standard deduction per computer: | $0.00 |
| Additional standard deduction per computer: | $0.00 |
| Tax table income per computer: | $0.00 |
| Exemption amount per computer: | $0.00 |
| Taxable income: | $0.00 |
| Taxable income per computer: | $0.00 |
| Total positive income per computer: | $29,132.00 |
| Tentative tax: | $0.00 |
| Tentative tax per computer: | $0.00 |
| Form 8814 additional tax amount: | $0.00 |
| Tax on income less Social Security income per computer: | $0.00 |
| Form 6251 alternative minimum tax: | $0.00 |
| Form 6251 alternative minimum tax per computer: | $0.00 |
| Foreign tax credit: | $0.00 |
| Foreign tax credit per computer: | $0.00 |
| Foreign income exclusion per computer: | $0.00 |
| Foreign income exclusion tax per computer: | $0.00 |
| Excess advance premium tax credit repayment amount: | $0.00 |
| Excess advance premium tax credit repayment verified amount: | $0.00 |
| Child & dependent care credit: | $0.00 |
| Child & dependent care credit per computer: | $0.00 |
| Credit for elderly and disabled: | $0.00 |
| Credit for elderly and disabled per computer: | $0.00 |
| Education credit: | $0.00 |
| Education credit per computer: | $0.00 |
| Gross education credit per computer: | $0.00 |
| Retirement savings contribution credit: | $0.00 |
| Retirement savings contribution credit per computer: | $0.00 |
| Total retirement savings contribution (Form 8880 computer): | $0.00 |
| Residential clean energy credit: | $0.00 |
| Residential clean energy credit per computer: | $0.00 |
| Child and other dependent credit: | $0.00 |
| Child and other dependent credit per computer: | $0.00 |
| Adoption credit (Form 8839): | $0.00 |
| Adoption credit per computer: | $0.00 |
| Form 8396 mortgage certificate credit: | $0.00 |
| Form 8396 mortgage certificate credit per computer: | $0.00 |
| Total other non-refundable credit: | $0.00 |
| Form 3800 general business credits: | $0.00 |
| Form 3800 general business credits per computer: | $0.00 |
| Prior year minimum tax credit (Form 8801): | $0.00 |
| Prior year minimum tax credit (Form 8801) per computer: | $0.00 |
| Earlier year income repayment credit: | $0.00 |
| Clean vehicle credit: | $0.00 |
| Clean vehicle credit per computer: | $0.00 |
| Refundable Adoption Credit Verified Amount: | $0.00 |
| Net elective payment election per computer: | $0.00 |
| Repayment pre-owned clean vehicle credit: | $0.00 |
| Form 4255 Chapter 1 tax: | $0.00 |
| Other additions to tax: | $0.00 |
| Schedule 2 part 2 Form 4255 recapture: | $0.00 |
| Energy efficient home credit verified: | $0.00 |
| Residential clean energy verified: | $0.00 |
| Other credits: | $0.00 |
| Total credits: | $0.00 |
| Total credits per computer: | $0.00 |
| Income tax after credits per computer: | $0.00 |
| Advanced manufacturing credit per computer: | $0.00 |
| Advanced manufacturing invest credit per computer: | $0.00 |
| Clean hydrogen production credit per computer: | $0.00 |
| Carbon oxide sequestration credit per computer: | $0.00 |
| Energy efficient home credit per computer: | $0.00 |
| Energy efficient home credit: | $0.00 |
| Pre-owned clean vehicle credit per computer: | $0.00 |
| Pre-owned clean vehicle credit: | $0.00 |
| Pre-owned clean vehicle verified: | $0.00 |

New clean vehicle bus credit per computer:                              $0.00
New clean vehicle bus verified:                                         $0.00
Commercial clean vehicle credit per computer:                          $0.00
Commercial clean vehicle verified:                                     $0.00
Clean vehicle credit verified:                                         $0.00

## Other Taxes

Self employment tax:                                                   $0.00
Self employment tax per computer:                                      $0.00
Social Security and Medicare tax on unreported tips:                   $0.00
Social Security and Medicare tax on unreported tips per
 computer:                                                             $0.00
Tax on qualified plans Form 5329 (PR):                                 $0.00
Tax on qualified plans Form 5329 per computer:                         $0.00
Individual Retirement Account File (IRAF) tax per
 computer:                                                             $0.00
Taxpayer tax figures (reduced by IRAF) per computer:                   $0.00
Individual Master File (IMF) total tax (reduced by IRAF)
 per computer:                                                         $0.00
Total other taxes per computer:                                        $0.00
Unpaid Federal Insurance Contributions Act (FICA) on
 reported tips:                                                        $0.00
Form 8959 additional Medicare tax:                                     $0.00
Form 8960 net investment income tax:                                   $0.00
Interest on deferred tax:                                              $0.00
Total other taxes:                                                     $0.00
Recapture tax (Form 8611):                                             $0.00
Household employment taxes:                                            $0.00
Household employment taxes per computer:                               $0.00
Interest due on installment:                                           $0.00
Schedule 2 Part 1 Form 4255 recapture:                                 $0.00
Form 4255 excessive payments:                                          $0.00
Net elective payment election:                                         $0.00
Excess Social Security tax withheld verified:                          $0.00
Excess Social Security tax withheld per computer:                      $0.00
Total additional taxes:                                                $0.00
Total assessment per computer:                                         $0.00
Total tax liability taxpayer figures:                                  $0.00
Total tax liability taxpayer figures per computer:                     $0.00

## Payments

Federal income tax withheld:                                           $0.00
Prior year advanced credit:                                            $0.00
Estimated tax payments:                                                $0.00
Other payment credit:                                                  $0.00
Refundable education credit:                                           $0.00
Refundable education credit per computer:                              $0.00
Refundable education credit verified:                                  $0.00
Refundable credits:                                                    $0.00
Earned income credit:                                                  $0.00
Earned income credit per computer:                                     $0.00
Nontaxable combat pay:                                                 $0.00
Schedule 8812 nontaxable combat pay:                                   $0.00
Excess Social Security & Railroad Retirement Tax Act
 (RRTA) tax withheld:                                                  $0.00
Schedule 8812 total Social Security/Medicare withheld:                 $0.00
Schedule 8812 additional child tax credit:                             $0.00
Schedule 8812 additional child tax credit per computer:                $0.00
Schedule 8812 additional child tax credit verified:                    $0.00
Amount paid with Form 4868:                                            $0.00
Form 2439 regulated investment company credit:                         $0.00
Form 4136 credit for federal tax on fuels:                             $0.00
Form 4136 credit for federal tax on fuels per computer:                $0.00

| | |
|---|---|
| Section 965 tax installment: | $0.00 |
| Section 965 tax liability: | $0.00 |
| Premium tax credit amount: | $0.00 |
| Premium tax credit verified amount: | $0.00 |
| Primary NAP first time home buyer installment amount: | $0.00 |
| Secondary NAP first time home buyer installment amount: | $0.00 |
| First time homebuyer credit repayment amount: | $0.00 |
| Form 5405 total homebuyers credit repayment per computer: | $0.00 |
| Small employer health insurance per computer: | $0.00 |
| Small employer health insurance per computer (2): | $0.00 |
| Total other payments refundable: | $0.00 |
| Total payments: | $0.00 |
| Total payments per computer: | $0.00 |

## Refund or Amount Owed

| | |
|---|---|
| Amount you owe: | $0.00 |
| Estimated tax credit applied to next year: | $0.00 |
| Estimated tax penalty: | $0.00 |
| Tax on income less state refund per computer: | $0.00 |
| Balance due/overpayment using taxpayer figure per computer: | $0.00 |
| Balance due/overpayment using computer figures: | $0.00 |
| Form 8888 total refund per computer: | $0.00 |

## Third Party Designee

| | |
|---|---|
| Third party designee ID number: | X8757 |
| Authorization indicator: | Yes |
| Third party designee name: | HR TA GROU IN |

## Schedule A -- Itemized Deductions

### Medical/Dental

| | |
|---|---|
| Medical and dental expenses: | $0.00 |
| Adjusted gross income percentage: | $1,997.00 |
| Adjusted gross income percentage per computer 10 percent: | $0.00 |
| Adjusted gross income percentage per computer 7.5 percent: | $1,997.00 |
| Net medical deduction: | $0.00 |
| Net medical deduction per computer: | $0.00 |

### Taxes Paid

| | |
|---|---|
| State and local income or sales taxes: | $474.00 |
| Real estate taxes: | $45,981.00 |
| Personal property taxes: | $0.00 |
| Other taxes amount: | $0.00 |
| Schedule A tax deductions: | $10,000.00 |
| Schedule A tax per computer: | $10,000.00 |

### Interest Paid

| | |
|---|---|
| Mortgage interest (financial): | $33,120.00 |
| Mortgage interest (individual): | $0.00 |
| Deductible points: | $0.00 |
| Qualified mortgage insurance premiums: | $0.00 |
| Deductible investment interest: | $0.00 |
| Total interest deduction: | $33,120.00 |
| Total interest deduction per computer: | $33,120.00 |

### Charitable Contributions

| | |
|---|---|
| Cash contributions: | $0.00 |
| Other than cash: Form 8283: | $0.00 |

Carryover from prior year:                                              $0.00
Schedule A total contributions:                                        $0.00
Schedule A total contributions per computer:                           $0.00

**Casualty and Theft Loss**

Casualty or theft loss:                                                $0.00

**Jobs and Miscellaneous**

Unreimbursed employee expense amount:                                  $0.00
Total limited miscellaneous expenses:                                  $0.00
Net limited miscellaneous deduction:                                   $0.00
Net limited miscellaneous deduction per computer:                      $0.00

**Other Miscellaneous**

Other than gambling amount:                                            $0.00
Other miscellaneous deductions:                                        $0.00

**Total Itemized Deductions**

Total itemized deductions:                                        $43,120.00
Total itemized deductions per computer:                           $43,120.00
Recomputed total itemized deductions per computer:                     $0.00
Elect itemized deduction indicator:
Schedule A itemized percentage per computer:                           $0.00

## Interest and Dividends

Gross Schedule B interest:                                           $107.00
Taxable interest income:                                             $107.00
Excludable savings from bond interest:                                 $0.00
Gross Schedule B dividends:                                        $6,360.00
Dividend income:                                                  $6,360.00
Foreign accounts indicator:                                             No
Required to file Financial Crimes Enforcement Network
  (FinCEN) Form 114:

## Schedule D - Capital Gains and Losses

**Short Term Capital Gains and Losses**

Short term basis no adjustments sale amount:                           $0.00
Short term basis no adjustments cost amount:                           $0.00
Short term basis sale amount:                                          $0.00
Short term basis cost amount:                                          $0.00
Short term basis adjustments:                                          $0.00
Short term no basis sale amount:                                       $0.00
Short term no basis cost amount:                                       $0.00
Short term no basis adjustments:                                       $0.00
Short term no 1099-B sale amount:                                      $0.00
Short term no 1099-B cost amount:                                      $0.00
Short term no 1099-B adjustments:                                      $0.00
Short term Schedule K-1 amount:                                        $0.00
Net short-term gain/loss:                                              $0.00
Form 8949 Y qualified opportunity funds short term
  investments:                                                          No
Form 8949 Y qualified opportunity funds short term EIN:
Form 8949 Y qualified opportunity funds short term sold
  date:                                                           00-00-0000
Form 8949 Y qualified opportunity funds short term
  deferred:                                                            $0.00
Form 8949 Z qualified opportunity funds short term
  adjustments:                                                         $0.00
Form 8949 Z qualified opportunity funds short term
  investments:                                                          No
Form 8949 Z qualified opportunity funds short term EIN:

Form 8949 Z qualified opportunity funds short term
  acquired date:                                                      00-00-0000

**Long Term Capital Gains and Losses**

Long term basis no adjustments sale amount:                          $0.00
Long term basis no adjustments cost amount:                          $0.00
Long term basis sale amount:                                         $0.00
Long term basis cost amount:                                         $0.00
Long term basis adjustments:                                         $0.00
Long term no basis sale amount:                                 $75,393.00
Long term no basis cost amount:                                 $62,293.00
Long term no basis adjustments:                                    $337.00
Long term no 1099-B sale amount:                                     $0.00
Long term no 1099-B cost amount:                                     $0.00
Long term no 1099-B adjustments:                                     $0.00
Long term schedule K-1 amount:                                       $0.00
Capital gain distributions (PR):                                 $9,228.00
Net long-term gain/loss:                                        $22,665.00
Form 8949 Y qualified opportunity funds long term
  investments:                                                          No
Form 8949 Y qualified opportunity funds long term EIN:
Form 8949 Y qualified opportunity funds long term sold
  date:                                                             00-00-0000
Form 8949 Y qualified opportunity funds long term
  deferred:                                                           $0.00
Qualified opportunity funds disposal:                       No box checked
Form 8949 Z qualified opportunity funds long term
  investments:                                                          No
Form 8949 Z qualified opportunity funds long term EIN:
Form 8949 Z qualified opportunity funds long term
  acquired date:                                                    00-00-0000
Form 8949 Z qualified opportunity funds long term
  adjustments:                                                        $0.00

**Tax Computation Using Maximum Capital Gains Rates**

28% rate gain:                                                        $0.00
Unrecaptured section (1250 gain):                                    $4.00
Schedule D 15% tax computer:                                         $0.00
Capital gains less invest income per computer:                  $22,665.00
Capital gains per computer:                                     $24,526.00
Capital gains tax per computer:                                      $0.00
Capital gains per computer:                                          $0.00
25% rate capital gains tax per computer:                             $0.00
28% rate capital gains tax per computer:                             $0.00
Schedule D tax per computer:                                         $0.00

## Form 8889 - Health Savings Account (Occurrence #: 1)

High deductible health plan indicator:
Health Savings Account (HSA) contributions:                          $0.00
HSA limited annual deduction:                                        $0.00
Total Archer MSA contributions:                                      $0.00
HSA limited deductible allowed:                                      $0.00
Half HSA limited deductible allowed:                                 $0.00
Additional HSA contributions amount:                                 $0.00
Gross HSA contributions limit:                                       $0.00
Employer HSA contributions:                                          $0.00
Qualified HSA funding distribution:                                  $0.00
Total qualified HSA funding distribution:                            $0.00
HSA contributions limit amount:                                      $0.00
HSA deduction amount:                                                $0.00
HSA deduction amount computer:                                       $0.00
Total HSA distributions:                                         $5,629.00
HSA distribution rollover amount:                                    $0.00
Net HSA distributions amount:                                    $5,629.00
Unreimbursed qualified medical expenses:                         $5,629.00

```
Taxable HSA distributions:                                   $0.00
Exceptions to additional tax indicator:                         No
Additional tax:                                              $0.00
Additional 10% tax computer:                                 $0.00
Part-year coverage amount:                                   $0.00
Qualified HSA funding distribution:                          $0.00
Total income:                                                $0.00
Additional HSA tax amount:                                   $0.00
```

## Form 8889 - Health Savings Account (Occurrence #: 2)

```
HSA deduction amount computer:                               $0.00
Additional 10% tax computer:                                 $0.00
```

## Form 8867 - Paid Preparer's Earned Income Credit Checklist

```
Incorrect information American Opportunity Tax Credit
  (AOTC):
Form 8867 certification:
Earned Income Credit (EIC) claimed:             Yes box checked
                                            Neither box checked
Child Tax Credit (CTC) Additional Child Tax Credit
  (ACTC) claimed:                               Yes box checked
AOTC claimed:                               Neither box checked
Head of household filing status claimed:    Neither box checked
```

This Product Contains Sensitive Taxpayer Data