**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2026

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** ***United States v. Jared Solomon*, S2 24 Cr. 665 (LAP)**

Dear Judge Preska:

The Government respectfully writes in the above-captioned matter, with the consent of the defendant, to request that the Court order the below agreed-upon pretrial and trial-related deadlines, which were summarized to the Court at the most recent conference in this matter.

1. The defendant shall disclose material subject to Rule 26.2 five days before the anticipated start of the defense case, regardless of whether a final decision has been made to present such a case. The defendant further agrees that, to the extent he withholds any such material on the ground that the material contains information that is privileged or does not relate to the subject matter of the witness's testimony, he will provide the full statement to the Court for in camera review, pursuant to Rule 26.2(c).

2. Any visuals or slides or exhibits to be used in opening statements shall be exchanged on April 13, 2026, no later than 3:30 p.m.

3. Each party shall alert the opposing party to (a) the next day's witnesses, in anticipated order, by at least at or reasonably soon after the end of each trial day, and (b) the exhibits expected to be sought to be introduced through those witnesses on direct examination, by at least 7:00 pm on the day before calling such witnesses, and the party to whom such disclosure is made will provide any objections to such exhibits as well as that party's proposed exhibits to be introduced for substantive purposes by 9:00 p.m. that same evening, after which the party whose witness is being called will advise the opposing party of any objections to such exhibits as soon as reasonably practicable, so that the parties may confer and then be prepared, if necessary, to write to the Court or to raise any objections with the Court in the morning, prior to the beginning of the trial day during which the exhibits are expected to be sought to be introduced.

Honorable Loretta A. Preska
March 24, 2026
Page 2

The parties also recognize that their respective Section 3500 and Rule 26.2 obligations are continuing, so when new material is generated after the pertinent deadline for the production of such material, such material will be timely provided (including, during trial, to the extent practicable, within 24 hours of when it is generated), and, at all times, prior to the witness to whom it applies next taking the stand.

Finally, the parties agree that the dates and procedure set forth herein do not alter the parties' respective discovery obligations under Rule 16.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States,
Acting under Authority Conferred
by 28 U.S.C. § 515

By :    s/_____
Adam Z. Margulies
Joseph Zabel
Rita Maxwell
Daniel C. Richenthal
Assistant United States Attorneys
(212) 637-2345/1559/2206/2109

cc:    Counsel of Record (by ECF)

SO ORDERED. The Clerk of the Court shall close docket number 67.

_____
Loretta A. Preska, U.S.D.J.
March 25, 2026