Ct. ex 7   3:19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JARED SOLOMON,

Defendant.

S2 24 Cr. 665 (LAP)

## **VERDICT FORM**

PLEASE CHECK YOUR ANSWER AS TO EACH COUNT

As to **Count One**, wire fraud, we the Jury find the defendant:

☒ Guilty

☐ Not Guilty

As to **Count Two**, aggravated identity theft, we the Jury find the defendant:

☒ Guilty

☐ Not Guilty

As to **Count Three**, bank fraud (JPMorgan Chase Bank, N.A.), we the Jury find the defendant:

☒ Guilty

☐ Not Guilty

(continued on the next page)

As to **Count Four**, bank fraud (Wells Fargo Bank, N.A.), we the Jury find the defendant:

☒ Guilty

☐ Not Guilty

*Jury Foreperson: After completing the Verdict Form, please sign your name in the space provided below and fill in the date and time.*

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that the jury has reached a verdict, but without saying what that verdict is.*

_____  4/21/2026 3:09 PM

Foreperson                                        Date and Time

2