```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :          24-CR-665 (LAP)
          -v.-                      :
                                    :              ORDER
JARED SOLOMON,                      :
                                    :
              Defendant.            :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Based on representations from counsel and the record, the Court determines that Mr. Solomon is eligible for the appointment of CJA counsel.  See 18 U.S.C. § 3006A(b); United States v. Parker, 439 F.3d 81, 98 (2d Cir. 2006) ("The district judge is [] entitled to make his financial eligibility determination based on the entire record").  The Court hereby terminates Mr. Peter Toumbekis's representation of Mr. Solomon in this matter and appoints Mr. Anthony Cecutti to represent Defendant.  Within two weeks of the date of this order, Mr. Solomon shall submit a standard CJA financial affidavit to the Court.  See 18 U.S.C. § 3006A(c).

The Clerk of Court shall: 1) terminate Mr. Peter Toumbekis's appearance as counsel of record for the Defendant in this matter 2) inform Mr. Anthony Cecutti of his appointment, and 3) close docket number 87.  **SO ORDERED.**

```
Dated:    New York, New York
          May 15, 2026
```

_Loretta A. Presley_
LORETTA A. PRESKA, U.S.D.J.