```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :      24-CR-665 (LAP)
             -v.-                      :
                                       :         ORDER
JARED SOLOMON,                         :
                                       :
              Defendant.               :
----------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is willing to consider a bail application from Mr. Solomon. For any application to be ruled on by June 29, 2026, such application must be docketed no later than 9:00 AM on June 25, 2026. The Government may file any opposition no later than 9:00 AM on June 26, 2026. If necessary, the Court will hold a bail hearing on June 29, 2026, at 11:30 AM in Courtroom 12A of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

Dated:    New York, New York
          June 24, 2026