UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

UNITED STATES OF AMERICA, :
: 24-CR-665 (LAP)
-v.- :
: ORDER
JARED SOLOMON, :
:
Defendant. :

-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The sentencing previously scheduled for August 3, 2026, is adjourned. Sentencing in this matter shall now occur on October 5, 2026, at 2:00 PM. Counsel for Mr. Solomon shall file any objections to the presentence report by August 11, 2026. The Clerk of Court shall close docket number 99.

**SO ORDERED.**

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge

Dated: New York, New York
July 23, 2026