LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 23, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing in this matter shall be adjournend from October 5, 2026, to October 27, 2026, at 10:00 AM.
**SO ORDERED.**

Loretta A. Preska, U.S.D.J.
September 25, 2026

**Re: United States v. Jared Solomon; 24 Cr. 665 (LAP)**

Dear Judge Preska:

I represent Jared Solomon in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on May 15, 2026. Sentencing is scheduled for October 5, 2026.

I write to respectfully request a 60-day adjournment of sentencing.[1] Since my appointment, I have worked diligently to become familiar with the case and prepare for sentencing. This has included reviewing the trial transcript, reviewing discovery, regularly meeting with Mr. Solomon and consulting with his family, litigating bail pending sentencing, preparing for the presentence interview, and gathering information related to Mr. Solomon's history and background, positive characteristics, and other important mitigating information for the Court's consideration at sentencing pursuant to 18 U.S.C. § 3553(a). I also have had a demanding schedule. In July, I was on trial for before the Honorable George B. Daniels in the matter of *United States v. Samuel Bautista*, 23 Cr. 407 (GBD). Additionally, I am currently on trial before the Honorable Nina R. Morrison in the matter of *United States v. Abu Chowdhury*, 23 Cr. 278 (NRM) in the Eastern District of New York. Lastly, I remain in the process of evaluating the sentencing enhancements, including loss amount, sought by the Government and reflected in the presentence report.

Thank you for your consideration.

Respectfully submitted,

Anthony Cecutti

[1] The Government consents only to a two week adjournment of sentencing.