UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | 24-CR-665 (LAP) |
| -v.- : | |
| : | <u>ORDER</u> |
| JARED SOLOMON, : | |
| : | |
| Defendant. : | |

-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The sentencing previously scheduled for October 27, 2026, is adjourned. To permit Mr. Solomon's parents to attend the proceeding, sentencing in this matter shall now occur on November 5, 2026, at 11:00 AM. The Clerk of Court shall close docket number 108.

**SO ORDERED.**

Loretta A. Preska
LORETTA A. PRESKA
Senior United States District Judge

Dated: New York, New York
October 13, 2026