UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-against-<br>JARED SOLOMON,<br>Defendant. | 24-CR-665 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Defendant Solomon's request to extend his time to submit a sentencing submission is GRANTED until the Court can rule on Vornado's and Great American's motions to quash.

**SO ORDERED.**

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge

Dated: New York, New York
October 24, 2026