UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-against-<br>JARED SOLOMON,<br>Defendant. | 24-CR-665 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

Defendant's request to file a reply to the Government's response (dkt. no. 116) is GRANTED. Defendant may file a reply by noon on Tuesday, October 27, 2026.

**SO ORDERED.**

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge

Dated: New York, New York
October 25, 2026