UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JARED SOLOMON,<br>Defendant. | 24-cr-665 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Sentencing in this matter, previously scheduled for November 5, 2026, at 11:00 a.m., shall now occur on November 5, 2026, at 1:00 p.m., in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated: New York, New York
October 29, 2026

LORETTA A. PRESKA
Senior United States District Judge