**Criminal Notice of Appeal - Form A**

U.S. DISTRICT COURT
FILED
NOV 16 2026
SOUTHERN DISTRICT OF
NEW YORK

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
UNITED STATES v.
JARED SOLOMON

Docket No.: 24 Cr. 665(LAP)
JUDGE LORETTA PRESKA
(District Court Judge)

Notice is hereby given that JARED SOLOMON appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | ______
(specify)
entered in this action on 11/5/2026.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___

Defendant found guilty by plea | | trial |✓| N/A |

Offense occurred after November 1, 1987? Yes |✓| No |___ N/A |___

Date of sentence: 11/5/2026 N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: ANTHONY CECUTTI

Counsel's Address: 217 BROADWAY Suite 707
NY, NY 10007

Counsel's Phone: 917-741-1837

Assistant U.S. Attorney: ADAM MARGULIES

AUSA's Address: 26 Federal Plaza, 37th Fl
NY, NY 10278

AUSA's Phone: 212 637 2345

Signature